# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: Susana Pulido                          Atty Name (if applicable): George L. Baugh

Street Address: 30751 Sky Terrace Drive              CA Bar No. (if applicable): 97407

Temecula, CA 92592                                   Atty Fax No. (if applicable): (714) 526-3915

Filer's Telephone No.: _____

---

In re:                                               Case No.: 6:10-bk-50149 MW
Susana Pulido

Chapter 7 _____ 11 __✔__ 13 _____

---

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?        Yes _____        No ___✔___

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A __✔__ B __✔__ C __✔__ D ____ E ____ F ____ G ____ H ____ I ____ J ____

Statement of Social Security Number(s) ____         Statement of Financial Affairs ____

Statement of Intention ____                          Other ____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Susana Pulido                          , the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: April 5, 2011 _____

                                                     **FOR COURT USE ONLY**

/s/ Susana Pulido _____
*Debtor Signature*

_____
*Co-Debtor Signature*

*SEE REVERSE SIDE**

B-1008 *Revised November 2003*

APR/05/2011/TUE 05:07 PM                                                                          P. 002/042

FORM B6A (Official Form 6A) (12/07)


In re _Susana Pulido_____,                    Case No._6:10-bk-50149-EC__
                    Debtor(s)                                                        (If known)

# AMENDED
## SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory . Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Tahiti Village Timeshare 7200 S. Las Vegas Bl. Las Vegas, NV 89115 | No Encumbrance. | W | $ 15,000.00 | $ 0.00 |
| 12.85 Acres Vacant Land in Temecula Parcel # 470450016 [No encumbrance] | Fee Simple | C | Unknown | $ 0.00 |
| Primary Residence 30761 Sky Terrace Drive Temecula, CA 92592 | Fee Simple | W | $ 230,000.00 | $ 230,000.00 |
| 39853 Teal Drive Murrieta, Ca 92562 | Fee Simple | C | $ 180,000.00 | $ 180,000.00 |
| 11323 Balboa Blvd. Granada Hills, Ca 91344 | Fee Simple | C | $ 253,000.00 | $ 253,000.00 |
| 5364-5366 Irvington Place Los Angeles, CA 90042 (2 units) | Fee Simple | C | $ 160,000.00 | $ 160,000.00 |

No continuation sheets attached

**TOTAL $**
(Report also on Summary of Schedules.)

838,000.00

B6B (Official Form 6B) (12/07)

In re *Susana Pulido*                                           Case No. 6:10-bk-50149-EC
_____                         _____
              Debtor(s)      **AMENDED**                                       (if known)

## SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband-H Wife-W Joint-J Community-C | Current Value of Debtor's Interest in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Wells Fargo Checking Acct. No. Ending 7901 Opened 12/20/2010 Location: 27630 Ynez Rd., Temecula, CA* | | $ 3,171.51 |
| | | *Wells Fargo Savings Acct. No. Ending 5135 Opened 12/20/2010 Location: 27630 Ynez Rd., Temecula, CA* | | $ 100.00 |
| | | *Wells Fargo Checking Acct. No. Ending 5127 Opened 12/20/2010 Location: 27630 Ynez Rd., Temecula, CA* | | $ 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Household Furniture and Furnishings Location: In debtor's possession* | | $ 8,150.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Book Collection 78 Hard Back Books Location: In debtor's possession* | | $ 800.00 |
| 6. Wearing apparel. | X | | | |

Page  1  of  4

B6B (Official Form 6B) (12/07)

In re _Susana Pulido_                        **AMENDED**        Case No. _6:10-bk-50149-EC_
                     Debtor(s)                                        (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband-H Wife-W Joint-J Community-C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Computers and Cameras Location: In debtor's possession | | $ 800.00 |
| | | 3 Bikes, 6 T.V.'s, Total Gym, Treadmill Location: In debtor's possession | | $ 1,550.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Stock in Fidelity National Financial Location: Fidelity National Financial | | $ 423.09 |
| 14. Interests in partnerships or joint ventures. Itemize. | | 49% Managing Member of Azukar LLC | | Unknown |
| | | 50% Shareholder in Sapphire Capital Group, Inc. | | Unknown |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

Page _2_ of _4_

B8B (Official Form 6B) (12/07)

In re _Susana Pulido_ _____          Case No. _6:10-bk-50149-EC_
                Debtor(s)          **AMENDED**              (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband-H Wife-W Joint-J Community-C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _2006 Volvo XC90_<br>_Location: In Debtor's possession_<br><br><br>_2007 Honda Odyssy_<br>_Location: In debtor's possession_ | | $ 17,000.00<br><br><br><br>$ 11,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Page _3_ of _4_

B6B (Official Form 6B) (12/07)

In re _Susana Pulido_                                               Case No. _6:10-bk-50149-EC_
                    Debtor(s)        *AMENDED*                              (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | *Future claims against lenders for fraudulent and void liens* | | | Unknown |

Page _4_ of _4_                                                  Total ➡          $ 43,094.60

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

APR/05/2011/TUE 05:07 PM                                                      P. 007/042

B6C (Official Form 6C) (04/10)

In re
Susana Pulido                                                    Case No. 6:10-bk-50149-EC
_____                           _____
              Debtor(s)          AMENDED                              (If known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 5364-5366 Irvington Place | Calif. C.C.P. §703.140(b)(5) | $ 0.00 | $ 160,000.00 |
| 11323 Balboa Blvd. | Calif. C.C.P. §703.140(b)(5) | $ 0.00 | $ 253,000.00 |
| 39853 Teal Drive | Calif. C.C.P. §703.140(b)(5) | $ 0.00 | $ 280,000.00 |
| Primary Residence | Calif. C.C.P. §703.140(b)(1) | $ 0.00 | $ 230,000.00 |
| Tahiti Village Timeshare | Calif. C.C.P. §703.140(b)(5) | $ 15,000.00 | $ 15,000.00 |
| Vacant Land in Temecula | Calif. C.C.P. §703.140(b)(5) | $ 0.00 | Unknown |
| Household Furniture and Furnishings | Calif. C.C.P. §703.140(b)(3) | $ 8,150.00 | $ 8,150.00 |
| Book Collection | Calif. C.C.P. §703.140(b)(3) | $ 800.00 | $ 800.00 |
| Computers and Cameras | Calif. C.C.P. §703.140(b)(5) | $ 0.00 | $ 800.00 |
| Sports Equipment | Calif. C.C.P. §703.140(b)(5) | $ 0.00 | $ 1,550.00 |
| 2006 Volvo XC90 | Calif. C.C.P. §703.140(b)(2) Calif. C.C.P. §703.140(b)(5) Calif. C.C.P. §703.140(b)(6) | $ 3,525.00 $ 1,175.00 $ 2,200.00 | $ 17,000.00 |
| 2007 Honda Odyssy | Calif. C.C.P. §703.140(b)(5) | $ 7,075.00 | $ 11,000.00 |
| Future Claims Against Lenders | Calif. C.C.P. §703.140(b)(5) | $ 0.00 | Unknown |

Page No. 1 of 1

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: __Apr 5, 2011_____      JOHN J. DONOVAN_____
                                      **Print or Type Name**

                                      /s/ JOHN J. DONOVAN_____
                                      *Signature*

### (SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2003*